B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Clinical Associates, S.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**36-2680082** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1460 Market Street**<br>**Suite 300**<br>**Des Plaines, IL**    ZIP Code **60016** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Clinical Associates, S.C.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Clinical Associates, S.C.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ Joel A. Schechter**
Signature of Attorney for Debtor(s)

**Joel A. Schechter 3122099**
Printed Name of Attorney for Debtor(s)

**Law Offices of Joel A. Schechter**
Firm Name

**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**
Address

**Email: joelschechter@covad.net**
**312-332-0267 Fax: 312-939-4714**
Telephone Number

**April 28, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ George L. Lagorio, M.D.**
Signature of Authorized Individual

**George L. Lagorio, M.D.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 28, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B1 (Official Form 1)(04/13) — Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Clinical Associates, S.C.** |
|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
**Joel A. Schechter 3122099**
Printed Name of Attorney for Debtor(s)
**Law Offices of Joel A. Schechter**
Firm Name
**53 West Jackson Blvd
Suite 1522
Chicago, IL 60604**
Address
Email: **joelschechter@covad.net**
**312-332-0267  Fax: 312-939-4714**
Telephone Number
**April 17, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ George Lagorio_____
Signature of Authorized Individual
**George L. Lagorio, M.D.**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**April 17, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Clinical Associates, S.C.**                                                            Case No.
                                                  Debtor(s)                                    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Computants, Inc.<br>3845 East McCoy Drive<br>Suite 101<br>Aurora, IL 60504 | Computants, Inc.<br>3845 East McCoy Drive<br>Suite 101<br>Aurora, IL 60504 | dictation services | | 11,713.91 |
| Critical Key, LLC<br>1415 West 22nd Street<br>Oak Brook, IL 60523 | Critical Key, LLC<br>1415 West 22nd Street<br>Oak Brook, IL 60523 | billing services | | 36,575.92 |
| D.N. Ramarao, M.D. S.C.<br>475 Plum Creek Drive<br>Suite 406<br>Wheeling, IL 60090 | D.N. Ramarao, M.D. S.C.<br>475 Plum Creek Drive<br>Suite 406<br>Wheeling, IL 60090 | retired physician payout | | 56,588.11 |
| Des Plaines Radiologists<br>100 North River Road<br>Des Plaines, IL 60016 | Des Plaines Radiologists<br>100 North River Road<br>Des Plaines, IL 60016 | radiology services | | 55,211.00 |
| DEV Medical Associates, S.C.<br>5600 West Addison Street<br>Suite 400<br>Chicago, IL 60634 | DEV Medical Associates, S.C.<br>5600 West Addison Street<br>Suite 400<br>Chicago, IL 60634 | | | 18,554.92 |
| Elsa Hernandez-Outly<br>830 Pleasant Lane<br>Glenview, IL 60025 | Elsa Hernandez-Outly<br>830 Pleasant Lane<br>Glenview, IL 60025 | unpaid loans | | 38,000.00 |
| Elsa Hernandez-Outly<br>830 Pleasant Lane<br>Glenview, IL 60025 | Elsa Hernandez-Outly<br>830 Pleasant Lane<br>Glenview, IL 60025 | unpaid wages, 2013-2015 | | 350,000.00 |
| Estate of Kiritkumar J.Pandya, M.D.<br>2001 Tower Drive<br>Unit 339<br>Glenview, IL 60026 | Estate of Kiritkumar J.Pandya, M.D.<br>2001 Tower Drive<br>Unit 339<br>Glenview, IL 60026 | unpaid physician death benefits amount is approximate | | 18,000.00 |
| Fifth Third Bank<br>P.O. Box 630337<br>Cincinnati, OH 45263-0337 | Fifth Third Bank<br>P.O. Box 630337<br>Cincinnati, OH 45263-0337 | misc credit card charges | | 15,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Clinical Associates, S.C.**                                        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| George L. Lagorio, M.D.<br>3851 North Mission Hills Road<br>Apt. 401<br>Northbrook, IL 60062 | George L. Lagorio, M.D.<br>3851 North Mission Hills Road<br>Apt. 401<br>Northbrook, IL 60062 | unpaid loans | | 38,000.00 |
| George L. Lagorio, M.D.<br>3851 North Mission Hills Road<br>Apt. 401<br>Northbrook, IL 60062 | George L. Lagorio, M.D.<br>3851 North Mission Hills Road<br>Apt. 401<br>Northbrook, IL 60062 | unpaid wages, 2013-2015 | | 350,000.00 |
| Internal Revenue Service<br>Dept. of the Treasury<br>Cincinnati, OH 45999-0030 | Internal Revenue Service<br>Dept. of the Treasury<br>Cincinnati, OH 45999-0030 | 941 payroll tax, 1st qtr, 2015, estimate combined with IDR | | 40,000.00 |
| Logan & Associates, Ltd.<br>1866 Sheridan Road<br>Suite 317<br>Highland Park, IL 60035 | Logan & Associates, Ltd.<br>1866 Sheridan Road<br>Suite 317<br>Highland Park, IL 60035 | accounting services | | 64,090.90 |
| Loretta Wright<br>1020 North Harlem<br>Apt. 2D<br>River Forest, IL 60305 | Loretta Wright<br>1020 North Harlem<br>Apt. 2D<br>River Forest, IL 60305 | unpaid wages, 2014-2015 | | 134,000.00 |
| Loretta Wright<br>1020 North Harlem<br>Apt. 2D<br>River Forest, IL 60305 | Loretta Wright<br>1020 North Harlem<br>Apt. 2D<br>River Forest, IL 60305 | unpaid loans | | 33,000.00 |
| McGuire Woods LLP<br>901 East Cary Street<br>Richmond, VA 23286-0645 | McGuire Woods LLP<br>901 East Cary Street<br>Richmond, VA 23286-0645 | legal services | | 28,336.15 |
| Stanley Tomczyk, M.D.<br>728 South Delphia Avenue<br>Park Ridge, IL 60068 | Stanley Tomczyk, M.D.<br>728 South Delphia Avenue<br>Park Ridge, IL 60068 | claim under Illinois Wage Payment and Collection Act | | 63,363.00 |
| Valeria Levitin, M.D.<br>740 Creekside Drive<br>Suite 510<br>Mount Prospect, IL 60056 | Valeria Levitin, M.D.<br>740 Creekside Drive<br>Suite 510<br>Mount Prospect, IL 60056 | unpaid wages, 2013-2015 | | 350,000.00 |
| Valeria Levitin, M.D.<br>740 Creekside Drive<br>Suite 510<br>Mount Prospect, IL 60056 | Valeria Levitin, M.D.<br>740 Creekside Drive<br>Suite 510<br>Mount Prospect, IL 60056 | unpaid loans | | 38,000.00 |
| WC Metropolitan Square, LLC<br>401 Congress Avenue<br>33rd Floor<br>Austin, TX 78701 | WC Metropolitan Square, LLC<br>401 Congress Avenue<br>33rd Floor<br>Austin, TX 78701 | past due rent | Disputed | 851,144.84 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Clinical Associates, S.C.**                                              Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 28, 2015**            Signature  **/s/ George L. Lagorio, M.D.**
                                               **George L. Lagorio, M.D.**
                                               **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07) - Cont.

In re  Clinical Associates, S.C._____     Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  April 17, 2015                    Signature  X _____
                                                   George L. Laporio, M.D.
                                                   President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Ambius, Inc.
P.O. Box 14086
Reading, PA 19612


Apollo Imaging Service, Inc.
1460 Market Street
Des Plaines, IL 60016


Birch/Cbeyond
P.O. Box 105066
Atlanta, GA 30348-5066


Burr E. Anderson
Anderson Law Offices
223 W. Jackson Blvd., Suite 1016
Chicago, IL 60606


ClearVision Ltd., Inc.
1533 Market Street
Des Plaines, IL 60016


Comcast
P.O. Box 3001
Southeastern, PA 19398-3001


CompuCount, Inc.
4215 Haman Avenue
Hoffman Estates, IL 60192


Computants, Inc.
3845 East McCoy Drive
Suite 101
Aurora, IL 60504


Critical Key, LLC
1415 West 22nd Street
Oak Brook, IL 60523


D.N. Ramarao, M.D. S.C.
475 Plum Creek Drive
Suite 406
Wheeling, IL 60090

David Apple & Associates, Ltd.
P.O. Box 666
Wood Dale, IL 60191-0666


Des Plaines Radiologists
100 North River Road
Des Plaines, IL 60016


DEV Medical Associates, S.C.
5600 West Addison Street
Suite 400
Chicago, IL 60634


Diagnostic Solutions, Inc.
1730 Avalon Court
Glendale Heights, IL 60139


Diagnostic Solutions, Inc.-Reading
1730 Avalon Court
Glendale Heights, IL 60139


Elsa Hernandez-Outly
830 Pleasant Lane
Glenview, IL 60025


Estate of Kiritkumar J.Pandya, M.D.
2001 Tower Drive
Unit 339
Glenview, IL 60026


Fifth Third Bank
P.O. Box 630337
Cincinnati, OH 45263-0337


G.E. Healthcare
P.O. Box 96483
Pittsburgh, PA 15264-0200


Generic PC Medical Solutions
P.O.Box 1208
Paulden, AZ 86334

```
George L. Lagorio, M.D.
3851 North Mission Hills Road
Apt. 401
Northbrook, IL 60062


Gerotec, Inc.
P.O. Box 43
Highland Park, IL 60035-0043


Illinois Department of Revenue
P.O. Box 19045
Springfield, IL 62794-9045


Illinois Dept of Employment Securit
P.O. Box 3637
Springfield, IL 62708-3637


Impact
75 Remittance Drive
Suite 1076
Chicago, IL 60675-1076


Internal Revenue Service
Dept. of the Treasury
Cincinnati, OH 45999-0030


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126,M/S N781
Philadelphia, PA 19114


Logan & Associates, Ltd.
1866 Sheridan Road
Suite 317
Highland Park, IL 60035


Loretta Wright
1020 North Harlem
Apt. 2D
River Forest, IL 60305


Loyola University Physicians Founda
Two Westbrook Corporate Center
Suite 600
Westchester, IL 60154
```

```
Maine Communications
733 Lee Street
Suite 202
Des Plaines, IL 60016


Maria Powell, M.D.
1838 Norman
Park Ridge, IL 60068


McGuire Woods LLP
901 East Cary Street
Richmond, VA 23286-0645


MedClean
P.O. Box 5789
Villa Park, IL 60181-5309


Millenium Bank
2077 Miner Street
Des Plaines, IL 60016


NCSI
738 East Dundee Road
Suite 344
Palatine, IL 60074


Panacea Computer Solutions, Inc.
159 North Marion Street
Suite 216
Oak Park, IL 60301


Paper Tiger Document Solutions
1101 North Estes Avenue
Gurnee, IL 60031


PSS World Medical
1450 North McLean Boulevard
Elgin, IL 60123-1235


PSS World Medical, Inc.
300-2 Airport Road
Elgin, IL 60123-1600
```

Radiation Protection Specialists
4757 Oregon Trail
McHenry, IL 60050


Radiology Reports Online
2200 South Main Street
Suite 210
Lombard, IL 60148


Ray-Tech, Inc.
650 Wheat Lane
Wheeling, IL 60090


Stanley Tomczyk, M.D.
728 South Delphia Avenue
Park Ridge, IL 60068


U-Haul
P.O. Box 52128
Phoenix, AZ 85072-2128


Unique Medical Imaging, S.C.
840 South Waukegan Road
Suite 214
Lake Forest, IL 60045


Valeria Levitin, M.D.
740 Creekside Drive
Suite 510
Mount Prospect, IL 60056


Walker Herman
1919 Emerson
Evanston, IL 60201


WC Metropolitan Square, LLC
401 Congress Avenue
33rd Floor
Austin, TX 78701


WC Metropolitan Square, LLC
P.O. Box 4857
Portland, OR 97208-4857

# United States Bankruptcy Court
## Northern District of Illinois

In re **Clinical Associates, S.C.**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Clinical Associates, S.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 28, 2015**

Date

**/s/ Joel A. Schechter**

**Joel A. Schechter 3122099**

Signature of Attorney or Litigant

Counsel for **Clinical Associates, S.C.**

**Law Offices of Joel A. Schechter**
**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**
**312-332-0267 Fax:312-939-4714**
**joelschechter@covad.net**