UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-15083 |
| CLINICAL ASSOCIATES, S.C., | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL RETROACTIVE TO APRIL 28, 2015 AND GRANTING ADEQUATE PROTECTION**

  At Chicago, IL, this 18th day of June, 2015, before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in the said district and division.

  This matter coming on for hearing on the continued motion of the Debtor and Debtor-in-Possession, Clinical Associates, S.C. ("Debtor"), for authority to use cash collateral pursuant to 11 U.S.C. Section 363 and Rule 4001 of the Federal Rules of Bankruptcy Procedure; due notice having been served upon all parties in interest including the twenty largest unsecured creditors; the Court having jurisdiction and being fully advised in the premises.

  NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

  1. The Debtor be, and hereby is, authorized to use cash collateral as described in the Debtor's motion and pursuant to 11 U.S.C. Section 363, retroactive to April 28, 2015.

  2. As adequate protection for any diminution in value of Millenium Bank's interests in Millenium Bank's collateral, as of the date of filing of the petition, Millenium Bank be, and hereby is, granted a post-petition lien on cash, accounts, accounts receivable and proceeds, profits and income derived from such collateral to the same extent, validity, priority and value of Millenium Bank's secured claim as of the date of filing, retroactive to April 28, 2015.

  3. As additional adequate protection, the Debtor be, and hereby is, authorized to pay to Millenium Bank the sum of $2,437.24 per month, retroactive to April 28, 2015.

            Enter:

            Honorable Pamela S. Hollis
Dated:  June 23, 2015        United States Bankruptcy Judge

**Prepared by:**

Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604; 312-332-0267